COPY

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

LAMAR PASSMORE
   **PLAINTIFF**

                                Use below number on
                                all future pleadings

  -- vs --
                                No.  A 1803087
                                       SUMMONS

DEPARMENT OF HOMELAND SECURITY
   **DEFENDANT**

   FBI HEADQUARTERS
   935 PENNSYLVANIA AVENUE NW        D - 4
   WASHINGTON DC 20535-0001

You are notified
that you have been named Defendant(s) in a complaint filed by

   LAMAR PASSMORE

                                                                    Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET ROOM 315,
CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.

Name and Address of attorney        AFTAB PUREVAL
LAMAR PASSMORE                          Clerk, Court of Common Pleas
                                                  Hamilton County, Ohio

                                                    By  <u>RICK HOFMANN</u>
                                                                          Deputy

                                                    Date:   June 22, 2018


D122260907

                                                                               **EXHIBIT A**

In The Court Of Common Please
Hamilton County, Ohio

Lamar Passmore

Plaintiff,

V.

Department Of Homeland Security
245 Murray Lane SW
Washington, DC 20528-0075

Central Intelligence Agency
Office Of Public Affairs
Washington, DC 20505

National Security Agency
9800 Savage Rd. Suite 6272
Ft. George G. Meade, MD 20755-6000

F.B.I. Headquarters
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

Defendants.

Case no. A1803087

COPY FILED
CLERK OF COURTS
HAMILTON COUNTY

JUN 21 2018

AFTAB PUREVAL
COMMON PLEAS COURTS

Redress for Hudud & Qisas

Count One

1. Freedom of Religion, Press & Expression was prohibited. I couldn't assemble peacefully in my places of worship without informants and provocateurs causing discord, dissension and corruption. I was defamed to the press and amongst the non press. I was prevented from fully expressing my freedom of speech on many social media platforms.

Count Two

2. Right to Bear Arms. My right to acquire a weapon(long rifle or hand gun) and a concealed carry license was infringed upon.

## Count Three

3. Search & Seizure. I was not secure in my apartment when I was there nor when I wasn't there. Intellectual property was seized and analyzed. My medical records were unlawfully seized and manipulated for devious purposes. The warrant issued could not have been declared without the issuer and those who signed off on it committed treason. The defendant's probable cause was instigated/forged/planned aka set up to falsely prove a narrative that they had incited. Speculation avails naught, conjecture avails naught and assumptions avail naught.

## Count Four

4. Right to a Speedy Trial, Confrontation of witness. I was not informed of the nature and cause of the accusation. When I requested to be informed I was not informed in a timely manner.

## Count Five

5. Trial and Punishment, Compensation for Takings. I was being compelled to commit a heinous act in which I would be labelled as a felonious criminal then therefore would have been barred from even obtaining a license to carry along with other punishments that would have suited the defendant's presentiments. My private apartment unit under the management of Excel Property Development Inc. was used for throwing parties that I did not condone nor approve of. The defendants had a felonious malicious intent to deprive me totally of my life, liberty and clearly of my property. The FISA court is not a Grand Jury. The Federal Government only consists of three branches respectively known as the judicial, legislative and executive. These branches do not list any federal agency as being a part of the government. The treasury does not cut these agencies a salary in order to run operations, although Members of the actual government sit on boards & committees of these agencies but by doing so they have committed treason against the constitution that they were supposed to uphold. My wages were being garnished via a manipulated FSS result. The enumeration of adding another court disparaged the rights of the people and by doing so was treason; the punishment for treason for all those involved is the death penalty and should strongly be upheld no matter what class of society or family lineages the culprits come from.

## Count Six

6. Powers of the States and People. Any delegation to the U.S. that is not in cahoots to the constitution is treason.

## Count Seven

7. Slavery Abolished. (sex slaves/comfort women)

## Count Eight

State Law prohibits intercepting wire, oral, or electronic communications unless the wiretapping falls within an exception of the statue (e.g., obtaining a constitutional warrant, the consent of the parties or in the ordinary course of business). Violation in Ohio constitutes a fourth degree felony. "Failure to Disclose" on behalf of the telecom brands used.

**Wherefore,** Plaintiff prays for judgement against the defendants F.B.I., D.H.S., C.I.A. & N.S.A as follows:

    On all counts 40 Billion USD from each agency. A lump sum payment by each agency who partook in the transgressions. With an accrued interest of 10% USD from each agency per annum.

*Lamar Passmore*

*[signature]*

06-21-18

AFTAB PUREVA
1000 MAIN STREET
CINCINNATI OH 45202
COMMON PLEAS CIVIL
A 1803087 D 4

CERTIFIED MAIL



7194 5168 6310 0862 4933

Cincinnati, Ohio P&DC 452 ZIP
FRI 22 JUN 2018 PM

neopost
06/22/2018

06/22/2018 SUMMONS & COMPLAINT
FBI HEADQUARTERS
935 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20535-0001

/0140

Opened & Inspected
JUN 27 2018
Mail Services 029